[No. 38046-0-I.    Division One.    March 3, 1997.]

DALE JOHNSON, *Respondent*, v. CYNTHIA
RISTOW-DUNHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-06227-7, Michael J. Fox, J., entered
December 27, 1995. *Affirmed* by unpublished per curiam
opinion.


[No. 38075-3-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
RICO BESIZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07270-1, J. Kathleen Learned, J., entered
January 29, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 38146-6-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-06785-1, Eric Watness, J. Pro Tem.,
entered January 10, 1996. *Affirmed* by unpublished per
curiam opinion.


[No. 38947-5-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE
HARRIS ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-C-04242-9, Janice Niemi, J., entered July
1, 1996. *Reversed* by unpublished per curiam opinion.